JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>DEBORAH MEADOWS,<br><br>       Defendants. | Case No. 2:25-cr-00007-RFB-BNW<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

       The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Eric Powers, Assistant Chief, and Regina Jeon, Trial Attorney, both with the United States Department of Justice, Tax Division, be permitted to appear before this Court in the above-captioned case.

       Mr. Powers and Ms. Jeon are both members in good standing of the bar of Illinois. They are employed by the United States as attorneys, and, in the course and scope of their employment, they have occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Contact information for Mr. Powers and Ms. Jeon is provided below:

| | |
|---|---|
| Eric Powers | Regina Jeon |
| Assistant Chief | Trial Attorney |
| U.S. Department of Justice | U.S. Department of Justice |
| Tax Division | Tax Division |
| 150 M St. NE | 150 M St. NE |
| Washington DC 20530 | Washington DC 20530 |
| Tel: 202-616-5130 | Tel: 202-307-0855 |
| Email: eric.b.powers@usdoj.gov | Email: regina.jeon@usdoj.gov |

Dated: January 10, 2025.

Respectfully submitted,

/s/ Susan Cushman
SUSAN CUSHMAN
Assistant United States Attorney
Chief, Criminal Division

IT IS SO ORDERED:

HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: 1/15/2025

2