Erin M. Gettel, Esq.
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
1700 S. Pavilion Center Drive
Suite 7100
Las Vegas, Nevada 891359
(702) 784-5200
egettel@swlaw.com

Thomas Monaghan, ISB #7675
Thomas Monaghan Law, PLLC
409 S. 8th St. – Room 205
Boise, Idaho  83702
(208) 813-4766
tom@tmonaghanlaw.com

Attorneys for Defendant
DEBORAH MEADOWS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No: 2:25-cr-00007-RFB-NJK |
|---|---|
| Plaintiff, | **Stipulation to Continue Sentencing Hearing (First Request)** |
| vs. | |
| DEBORAH MEADOWS, | |
| Defendant. | |

The parties jointly request that this Court vacate the sentencing hearing currently scheduled for May 21, 2026, and continue the hearing to a date no sooner than the week of September 14–18, 2026, or the next available date thereafter that the Court finds suitable.

The Parties enter this stipulation because:

1.     Both defense counsel have conflicts with the currently scheduled date for the sentencing hearing.

2.     Ms. Meadows requires additional time to satisfy her obligations under the plea agreement prior to the sentencing hearing.

3.     Defense counsel require additional time to meet with Ms. Meadows

- 1 -

and to obtain relevant information to draft the sentencing memorandum on her behalf and to prepare for the sentencing hearing.

4.    Ms. Meadows is not in custody and agrees to the continuance.

5.    The Parties agree to the continuance.

Dated: May 8, 2026

Respectfully submitted,

/s/ Thomas Monaghan___  
Thomas Monaghan  
Thomas Monaghan Law, PLLC  
409 S.8th St. – Room 205  
Boise, Idaho  83702  
(208) 813-4766  

Snell & Wilmer L.L.P.

By /s/ Erin Gettel___  
      Erin Gettel  

Attorneys for Defendant  
Deborah Meadows  

Todd Blanche  
Acting Attorney General of the  
United States  


By /s/ Regina Jeon  
Eric B. Powers  
Assistant Deputy Chief  

Regina Jeon  
Trial Attorney  
Department of Justice Criminal  
Division  
Tax Section, Western Enforcement  
Unit  


Todd Blanche  
Acting Attorney General of the  
United States  

By /s/ Jessica Oliva  
Jessica Oliva  
Assistant United States Attorney  

**IT IS SO ORDERED. this matter is reset to 9/15/2026 at 9:15 a.m.**

DATED: May 11, 2026.

_____  
United States District Judge

SNELL & WILMER

- 2 -

## <u>CERTIFCATE OF SERVICE</u>

THE UNDERSIGNED HEREBY CERTIFIES that on **May 1, 2026,** I caused a true and correct copy of the foregoing legal document to be served upon the individual named below in the manner so indicated:

Kelsey Manweiler, Assistant United States Attorney
1290 W. Myrtle St., Suite 500
Boise, Idaho 83702

United State Pretrial Services
550 W. Fort St.
Boise, Idaho 83702

VIA ECF

*/s/ Jeanne Forrest*
An employee of Snell & Wilmer L.L.P.

- 3 -